

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00890-CR

The **STATE** of Texas,
Appellant

v.

Luis Donaldo **ROMERO LANDERO**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13942CR
Honorable Dennis Powell, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: May 15, 2024

DISMISSED

Appellant, the State of Texas, has filed a motion to dismiss this appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH